IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                      CRIMINAL NO. 3:05cr117HTW-JCS

MICHAEL LANCE PERSAC

O R D E R

This cause is before the Court for a status conference and trial setting.  The Court finds

that the defendant has retained new counsel to represent him in this matter, that this case is

complex and discovery is voluminous.  The Court understands from the parties that new defense

counsel has only recently received the discovery in this case from prior defense counsel.  The

Court understands from the parties that additional documentation has been received by the

government in response to trial subpoenas, and that supplemental discovery may be required

from the government.  The Court also understands from the parties that reciprocal discovery may

be owed from the defense in this case.  Therefore, in accordance with the general terms of the

Order of Discovery previously entered in this case, all discovery by both parties shall be

completed no later than April 15, 2008.

All motions in limine and all dispositive motions must be filed no later than April 30,

2008.  The same, a copy of each motion and the original and one copy of the memorandum of

authorities must be mailed to the Court at 245 E. Capitol Street, Suite 109, James O. Eastland

Courthouse, Jackson, Mississippi, 39201, and a copy of the motion and memorandum of

authorities must be mailed to/served on government counsel, who will within ten (10) days of

receipt submit to the Court an original and one copy of memorandum of authorities to reply and a

copy to opposing counsel.

At the request of both parties, the above case has been set for trial to begin at 9:00 a.m. on July 21, 2008, at the James O. Eastland Courthouse, First Floor, Courtroom No. 1, Jackson, Mississippi, U.S. District Judge Henry T. Wingate, presiding. The Court finds that the defendant has specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested trial setting under the Speedy Trial Act or the Constitution in the case at bar and specifically agrees to the requested trial date for the reasons described above. Pursuant to Title 18, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(ii) of the United States Code, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served by granting the requested trial setting. The period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

Proposed 1) JURY INSTRUCTIONS, 2) EXHIBIT LIST and 3) WITNESS LIST must be electronically submitted to Wingate_Chambers@mssd.uscourts.gov, and copies to opposing counsel by July 16, 2008, at the latest:

1)      INSTRUCTIONS - Opposing counsel is to be furnished with one copy of the jury instructions. These instructions must be numbered, separated, bear the style and number of the case and list authorities in support thereof at the bottom of each instruction.

2)      EXHIBIT LIST - Opposing counsel is to be furnished with one copy of the exhibit list. The exhibit list must reflect the style and number of case, exhibit number and description. Leave Sponsor and ID or Evidence columns blank. Double space between exhibits. See attached exhibit list.

3)      <u>WITNESS LIST</u> - Opposing counsel is to be furnished with one copy of the

witness list.

ORDERED this the _____ day of March, 2008.


_____
CHIEF UNITED STATES DISTRICT JUDGE



AGREED:

 S/  Carla J. Clark_____
CARLA J. CLARK
Assistant U.S. Attorney


s/Steven E. Farese, Sr._____
STEVEN E. FARESE
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:05cr117HTW-JCS

MICHAEL LANCE PERSAC

E X H I B I T S

| NUMBER | DESCRIPTION | SPONSOR | I.D. | EVID. |
|--------|-------------|---------|------|-------|
| G-1 | (Give a brief description of the exhibit) | (leave blank---------) | | |
| D-1 | | | | |